

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2022

No. 04-22-00112-CV

John **CLARK**,
Appellant

v.

Maria Elzbieta **CLARK**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-20250
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellant's brief was originally due on July 21, 2022, and on that day, appellant filed a motion requesting a thirty-day extension of time to file his brief. We granted appellant's motion and ordered appellant to file his brief by August 22, 2022. Appellant then filed a second motion requesting an additional fourteen days to file his brief. We granted appellant's motion and ordered appellant to file his brief by September 6, 2022. Appellant has now filed a third motion requesting a seven-day extension of time to file his brief. After consideration, we **grant** appellant's motion and **order** appellant to file his brief **by September 13, 2022.** Counsel is advised no further extensions will be granted absent extraordinary circumstances.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2022.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court